IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALDO JENKINS,**

    **Petitioner,**

**v.**                                  **Case No. 4:17cv143-MW/CAS**
**STATE OF FLORIDA,**

    **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk is directed to **TRANSFER** this case file, including any service copies and pending motions, to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED on April 28, 2017.**

                                               **s/Mark E. Walker          **
                                               **United States District Judge**